No. 14–0206/AR.  U.S. v. Martin A. Alamo.  CCA 20120617.  Appellant's motion to file the supplement to the petition for grant of review out of time is granted.

No. 14–6003/AR.  U.S. v. Robert J. Trank.  CCA 20130742.  On consideration of Appellant's motion for a stay of proceedings, it is ordered that said motion is hereby granted pending further order of the Court.

Monday, February 24, 2014

No. 14–0419/AR.  U.S. v. Jason K. Shanley.  CCA 20120199. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 7, 2014.

No. 14–0420/AR.  U.S. v. Kyle C. Newman.  CCA 20100481.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 13, 2014.